IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SUSAN Y. PARSONS** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:18-CV-223-MPM-RP**

**UNUM LIFE INSURANCE COMPANY OF**
**AMERICA, UNUM GROUP and JOHN DOES 1-50** **DEFENDANTS**

## JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

SO ORDERED, this the 16th day of October, 2019.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI