# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI OXFORD DIVISION

**SUSAN Y. PARSONS**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 3:18-cv-223-MPM-RP**

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**
**UNUM GROUP, AND JOHN DOES 1-50**     **DEFENDANTS**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Susan Y. Parsons, in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the Order granting Summary Judgment to the Defendants, Unum Life Insurance Company of America, Unum Group, and John Does 1-50, entered in this action on the 16th day of October, 2019.

This is the 14th day of November 2019.

             Respectfully submitted,

             SUSAN Y. PARSONS

             BY:    s/David B. McLaurin
                    David B. McLaurin (MBN 2714)
                    Her Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing document was sent via email to the following counsel of record:

Clifford K. (Ford) Bailey, III
WELLS MARBLE & HURST, PLLC
300 Concourse Bld., Suite 200
Ridgeland, MS 39157
fbailey@wellsmar.com

*ATTORNEY FOR DEFENDANT*

This is the 14th day of November 2019.

                                          s/David B. McLaurin
                                          David B. McLaurin

McLAURIN LAW OFFICES, PLLC
David B. McLaurin, MS Bar No. 2714
1202 Office Park Drive, Suite D
Oxford, MS 38655
Phone: (662) 380-5048
Facsimile: (662) 269-4699
Email: david@mclaurinlaw.com
ATTORNEY FOR PLAINTIFF